```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   1:21-cr-00712-PAC-1
    -against-                         :   ORDER
                                      :
Michael Clayton                       :
                                      :
Defendant                             :
                                      :
-------------------------------------X
```

Paul A. Crotty, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the condition of Drug Testing and Treatment as directed by Pretrial Service.

Dated: June 1, 2022
New York, New York

SO ORDERED:

_____
Paul A. Crotty
United States District Judge