# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 3, 2023

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

*[Handwritten: 4/5/23. The request is granted. Paul A. Crotty USDJ]*

Re: **United States v. Michael Clayton, 21 Cr. 712 (PAC)**

Dear Judge Crotty:

I write **with the Government's consent** to respectfully request that the Court extend Michael Clayton's voluntary surrender date (currently April 17, 2023) by 60 days. On February 14, 2023, this Court sentenced Mr. Clayton to 24 months' imprisonment following his guilty plea to a narcotics offense. He requests additional time to surrender so that he may attend to various family responsibilities—most significant among these is his desire to spend additional time bonding with his now-4-month-old daughter. This is my first request for an adjournment of the surrender date.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Government counsel