**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 16, 2023

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Room 1350
New York, New York 10007

**Re: United States v. Michael Clayton, 21 Cr. 712 (PAC)**

Dear Judge Crotty:

I write to respectfully request that the Court extend Michael Clayton's voluntary surrender date from today until Monday, June 19, 2023 (three days from now). Mr. Clayton was granted voluntary surrender and has been designated to USP Lewisburg Satellite Camp in Lewisburg, PA. But due to a typographical error in an email sent to him by Probation, he was unaware that he was scheduled to surrender today, instead of Monday. (The June 7, 2023 email informing him of this misspelled his email address by one letter, an error that unfortunately no one noticed until today.) Mr. Clayton, believing he was to surrender Monday, had made arrangements to travel to Lewisburg then, and has no way of getting there today. Accordingly, I respectfully request that the Court grant this short extension.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Government counsel

6/16/2023
The surrender date is extended to Monday, June 19, 2023. SO ORDERED.

*Paul A. Crotty*